IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

    Petitioner,                      No. CIV S-05-1366 MCE GGH P

    vs.

THIRD APPELLATE DISTRICT COURT,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 22, 2005, the court ordered petitioner to file an application to proceed in forma pauperis or pay the filing fee within thirty days. On July 28, 2005, petitioner filed a letter with the court stating that he intended to file this action in the California Court of Appeal and requests that the court either forward his petition to the state appellate court or return the petition to him.

        The court is unable to send the petition to the California Court of Appeal or return the petition to petitioner. The litigant letter served on petitioner July 7, 2005, contains information regarding how to obtain copies of documents.

/////

/////

1

Because petitioner has clearly indicated that he did not intend to file this action, the court construes his July 28, 2005, to contain a request to voluntarily dismiss this action. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall close this case.

DATED: 8/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
dots1366.ord